# Court of Appeals
# of the State of Georgia

ATLANTA,  September 11, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0284. HENRY MCMILLON v. THE STATE.**

In this criminal matter, Henry McMillon filed a motion to suppress certain evidence, which the trial court denied in March 2024. McMillon filed his direct appeal to challenge the order denying his motion to suppress by filing a notice of appeal in the trial court. The State has filed a motion to dismiss this appeal for failing to comply with the interlocutory appeal procedure.

An order denying a motion to suppress is not a final appealable order within the meaning of OCGA § 5-6-34 (a). See *Genter v. State*, 218 Ga. App. 311, 311 (460 SE2d 879) (1995) (finding a direct appeal from the denial of a motion to suppress was premature). Accordingly, McMillon was required to follow the interlocutory appeal procedure outlined in OCGA § 5-6-34 (b) by obtaining a certificate of immediate review from the trial court within ten days of entry of the order he seeks to appeal and filing a timely application for interlocutory review in this Court. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). His failure to do so deprives this Court of jurisdiction to consider his appeal. See *Genter*, 218 Ga. App. at

311. Accordingly, the State's motion to dismiss is GRANTED and this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 09/11/2024

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*